Clifford P. Bendau, II (030204)
THE BENDAU LAW FIRM PLLC
PO Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Facsimile: (602) 956-1409
Email: cliffordbendau@bendaulaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lyons, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Zipps Mill Avenue, LLC, an Arizona limited liability company, Zipps Citadele, LLC, an Arizona limited liability company, Goldman Group II, LLC, an Arizona limited liability company, Goldman Group III, LLC, an Arizona limited liability company, Goldman Group IV, LLC, an Arizona limited liability company, Goldman Group VI, LLC, an Arizona limited liability company, Goldman Group VII, LLC, an Arizona limited liability company, Goldman Group VIII, LLC, an Arizona limited liability company, Goldman Group IX, LLC, an Arizona limited liability company, Goldman Group X, LLC, an Arizona limited liability company, Goldman Group XI, LLC, an Arizona limited liability company, Goldman Group XII, LLC, an Arizona limited liability company, Goldman Management, Inc., an Arizona corporation, Neighborhood Restaurants, LLC, an Arizona limited liability company, H. Todd Goldman and Jane Doe Goldman I, a married couple, Philip Goldman and Jane Doe Goldman II, a married couple, Mark A. Goldman and Jane Doe Goldman, a married couple,<br><br>Defendants. | No. _____<br><br>**PLAINTIFF JASON LYONS' CONSENT TO JOIN COLLECTIVE ACTION AS NAMED PLAINTIFF** |

-1-

I, Jason Lyons, do hereby consent to be a party plaintiff to the above entitled action. I have read the complaint to be filed in the United States District Court for the District of Arizona, Phoenix Division, and authorize my attorney, The Bendau Law Firm PLLC, to file the complaint on my behalf and for other employees similarly situated.

_____         2-12-16
Jason Lyons                              Date

-2-