UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): Jason Lyons

**Defendant**(s): **Zipps Mill Avenue, LLC ; Zipps Citadele, LLC ; Goldman Group, LLC ; Goldman Group II, LLC ; Goldman Group III, LLC ; Goldman Group IV, LLC ; Goldman Group V, LLC ; Goldman Group VI, LLC ; Goldman Group VII, LLC ; Goldman Group VIII, LLC ; Goldman Group IX, LLC ; Goldman Group X, LLC ; Goldman Group XI, LLC ; Goldman Group XII, LLC ; Goldman Management, Inc. ; Neighborhood Restaurants, LLC ; H. Todd Goldman ; Jane Doe Goldman I; Philip Goldman ; Jane Doe Goldman II; Mark A. Goldman ; Jane Doe Goldman III**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

County of Residence: Maricopa

Plaintiff's Atty(s):

**Clifford Phillip Bendau II, Managing Attorney**
(Jason Lyons )
**The Bendau Law Firm PLLC**
**P.O. Box 97066**
**Phoenix, Arizona  85060**
**(480) 382-5176**

Defendant's Atty(s):

<u>II. Basis of Jurisdiction</u>:   **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

<u>IV. Origin</u> :   **1. Original Proceeding**

<u>V. Nature of Suit</u>:   **710 Fair Labor Standards Act**

<u>VI.Cause of Action:</u>   **29 U.S.C. § 201, et seq. collective action for unpaid wages under the Fair Labor Standards Act (not Rule 23 class action)**

<u>VII. Requested in Complaint</u>

Class Action: **Yes**
Dollar Demand:
Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>**/s/ Clifford P. Bendau, II**</u>

**Date:** <u>**02/02/2016**</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**